UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
In re:

                                                                                            Case No. 17-44947

Mervat Khalil,                                                        Chapter 7

                                                    Debtor(s)
------------------------------------------------------------------ x

## AFFIDAVIT PURSUANT TO LOCAL RULE 1009-1(a)

I, Kevin B. Zazzera, attorney for the debtor herein, swear as follows:

1. Debtors filed a petition under chapter 7 of the Bankruptcy Code on September 26, 2017.

2. Filed herewith is an amendment to A/B and C, previously filed herein.

Dated: March 30, 2018

                                                           Kevin B. Zazzera

Sworn to before me this 29th
day of March, 2018.

_____
Notary Public, State of New York

DENISE J. MATTEI
Notary Public, State of New York
No. 43-4861616
Qualified in Richmond County
Commission Expires June 23, 2018

***Reminder: No amendment of schedules is effective until proof of service in accordance with EDNY LBR 1009-1 (b) has been filed with the Court.***

If this amendment is filed prior to the expiration of the time period set forth in Fed. R. Bankr. P. 4004 and 4007, it will be deemed to constitute a motion for a 30-day extension of the time within which any added creditors may file a complaint to object to the discharge of the debtor and/or to determine dischargeability. This motion will be deemed granted without a hearing if no objection is filed with the Court and served on debtor within 10 days following filing of proof of service of this affidavit, all attachments and the amended schedules in accordance with EDNY LBR 1009-1.

| Fill in this information to identify your case and this filing | | | |
|---|---|---|---|
| Debtor 1 | **Mervat** | | **Khalil** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the | EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION | | |
| Case number | 1:17-bk-44947 | | |

■ Check if this is an amended filing

# Official Form 106A/B
## Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2
   ■ Yes. Where is the property?

1.1

**105 Dartmouth Loop**
Street address, if available, or other description

**Staten Island**  **NY**  **10306-4818**
City          State        ZIP Code

**Richmond**
County

What is the property? Check all that apply
■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:
**residence**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*

Current value of the entire property?  **$423,000.00**
Current value of the portion you own?  **$423,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Tenancy by the Entirety**

☐ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.....................=> **$423,000.00**

**Part 2:** Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G Executory Contracts and Unexpired Leases.*

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

   ■ No
   ☐ Yes

Debtor 1   Khalil, Mervat                                    Case number *(if known)*   **1:17-bk-44947**

**4  Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

**5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................=>**   $0.00

### Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?   **Current value of the portion you own?** Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes. Describe.

| furniture | $1,000.00 |

**7  Electronics**
*Examples:* Televisions and radios, audio, video, stereo, and digital equipment; computers, printers, scanners, music collections, electronic devices including cell phones, cameras, media players, games
■ No
☐ Yes. Describe.

**8. Collectibles of value**
*Examples:* Antiques and figurines, paintings, prints, or other artwork, books, pictures, or other art objects, stamp, coin, or baseball card collections, other collections, memorabilia, collectibles
■ No
☐ Yes. Describe.

**9  Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis, canoes and kayaks, carpentry tools; musical instruments
■ No
☐ Yes. Describe.

**10  Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
■ No
☐ Yes. Describe.

**11  Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
■ Yes. Describe

| clothes | $300.00 |

**12  Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
■ No
☐ Yes. Describe.

**13  Non-farm animals**
*Examples:* Dogs, cats, birds, horses
■ No
☐ Yes. Describe.

**14  Any other personal and household items you did not already list, including any health aids you did not list**
■ No

| Debtor 1 | Khalil, Mervat | Case number *(if known)* | 1:17-bk-44947 |
|---|---|---|---|

☐ Yes  Give specific information

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ................................................................  **$1,300.00**

## Part 4. Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes.
    
    cash                                                    $50.00

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts, certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes.                    Institution name

    17.1   Checking Account   Chase                          $40.00

    17.2   Savings Account    Chase savings                  $0.00

    17.3   Savings Account    MCU                            $10.00

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes                   Institution or issuer name

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes. Give specific information about them ...
              Name of entity                                  % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes  Give specific information about them
              Issuer name

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately
              Type of account        Institution name

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies  or others
    ■ No
    ☐ Yes                          Institution name or individual

Official Form 106A/B                    Schedule A/B  Property                                     page 3

Debtor 1  **Khalil, Mervat** _____  Case number *(if known)*  **1:17-bk-44947**

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    - ■ No
    - ☐ Yes.          Issuer name and description

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C §§ 530(b)(1), 529A(b), and 529(b)(1).
    - ■ No
    - ☐ Yes.          Institution name and description. Separately file the records of any interests 11 U.S.C § 521(c)

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    - ■ No
    - ☐ Yes  Give specific information about them.

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    - ■ No
    - ☐ Yes. Give specific information about them

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits  exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    - ■ No
    - ☐ Yes. Give specific information about them

**Money or property owed to you?**                                                           **Current value of the portion you own?**
                                                                                             Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
    - ■ No
    - ☐ Yes  Give specific information about them, including whether you already filed the returns and the tax years...

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    - ■ No
    - ☐ Yes. Give specific information.

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits, unpaid loans you made to someone else
    - ■ No
    - ☐ Yes  Give specific information

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA), credit, homeowner's, or renter's insurance
    - ■ No
    - ☐ Yes. Name the insurance company of each policy and list its value.
        Company name                                                  Beneficiary·                     Surrender or refund value·

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died
    - ■ No
    - ☐ Yes. Give specific information.

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    - ■ No
    - ☐ Yes Describe each claim.

Debtor 1   Khalil, Mervat                                              Case number *(if known)* 1:17-bk-44947

34  Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims
   ■ No
   ☐ Yes  Describe each claim

35  Any financial assets you did not already list
   ☐ No
   ■ Yes. Give specific information
   
   | anticipated personal injury case | $35,175.00 |

36  Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here..................     $35,275.00

### Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37  Do you own or have any legal or equitable interest in any business-related property?
   ■ No. Go to Part 6.
   ☐ Yes. Go to line 38.

### Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1

46  Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?
   ■ No. Go to Part 7
   ☐ Yes  Go to line 47

### Part 7: Describe All Property You Own or Have an Interest In That You Did Not List Above

53  Do you have other property of any kind you did not already list?
   *Examples.* Season tickets, country club membership
   ■ No
   ☐ Yes. Give specific information.

54  Add the dollar value of all of your entries from Part 7. Write that number here ....................     $0.00

### Part 8. List the Totals of Each Part of this Form

55  Part 1: Total real estate, line 2 .................................................... $423,000.00
56  Part 2: Total vehicles, line 5                                    $0.00
57  Part 3: Total personal and household items, line 15              $1,300.00
58. Part 4: Total financial assets, line 36                           $35,275.00
59  Part 5: Total business-related property, line 45                  $0.00
60  Part 6: Total farm- and fishing-related property, line 52         $0.00
61  Part 7: Total other property not listed, line 54            +     $0.00

62  Total personal property. Add lines 56 through 61               $36,575.00    Copy personal property total    $36,575.00

63. Total of all property on Schedule A/B. Add line 55 + line 62                                                 $459,575.00

Fill in this information to identify your case.

Debtor 1: **Mervat Khalil**
    First Name      Middle Name      Last Name

Debtor 2
(Spouse if. filing)     First Name      Middle Name      Last Name

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known): **1:17-bk-44947**

■ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt     4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **105 Dartmouth Loop**<br>**Staten Island NY, 10306-4818**<br>**County: Richmond**<br>Line from *Schedule A/B*: **1.1** | $423,000.00 | ■ $23,675.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(1) |
| **anticipated personal injury case**<br>Line from *Schedule A/B*: **35.1** | $35,175.00 | ■ $23,675.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(11)(D) |
| **anticipated personal injury case**<br>Line from *Schedule A/B*: **35.1** | $35,175.00 | ■ $11,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |

3. Are you claiming a homestead exemption of more than $160,375?
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                  Chapter 7

In re: Mervat Khalil,

                                                  Case No. 17-44947

                                               **AFFIDAVIT OF SERVICE**
                         Debtor.

---------------------------------------------------------------- X
STATE OF NEW YORK       )
                                 ) ss:
COUNTY OF RICHMOND   )

KEVIN B. ZAZZERA, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Richmond County in the State of New York.

I served a true copy of the within AMENDED SCHEDULE A/B & C on March 30, 2018 by mailing the same in a mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee as indicted below:

Alan Nisselson, Esq.
c/o Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, New York 10019

William K. Harrington, U.S. Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

                                                                 _/s/ Kevin B. Zazzera_
                                                                  KEVIN B. ZAZZERA

Sworn to before me
On the 30th day of March, 2018

_/s/ Denise J. Mattei_
Notary Public

                                           DENISE J. MATTEI
                                  Notary Public, State of New York
                                        No. 43-4861616
                                  Qualified in Richmond County
                                    Commission Expires June 23, 2018