| **Information to identify the case:** | |
|---|---|
| Debtor 1 **Vito F Sforza** <br> First Name  Middle Name  Last Name | Social Security number or ITIN **xxx–xx–8017** <br> EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) <br> First Name  Middle Name  Last Name | Social Security number or ITIN _ _ _ _ <br> EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Eastern District of New York <br> 271–C Cadman Plaza East, Suite 1595 <br> Brooklyn, NY 11201–1800 | |
| Case number:   **1–16–41660–ess** | Chapter:   **7** |

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

- Robert J Musso (Trustee) is discharged as trustee of the estate of the above–named debtor(s).

- The Chapter 7 case of the above–named debtor(s) is closed.

s/ Elizabeth S. Stong<br>
United States Bankruptcy Judge

Dated: July 27, 2017

**BLfnld7** [Final Decree 7 rev 12/01/15]